

ENTERED
04/19/2010

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:

§
§
§
§
§
§

Debtor(s).

Case No. 99-33605

#54

### Order for Payment of Unclaimed Funds

Upon the application of __Rick Buckley__,

seeking payment of $ __647.96__ representing funds previously unclaimed by

__GE CAPITAL - Levitz Furniture__
__PO Box 103101__
__Roswell GA__

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __GE CAPITAL__ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ __647.96__ to:

__GE CAPITAL   Attn: Rick Buckley__
__101 Main Ave__
__Norwalk CT 06851__

Signed this ___ day of APR 1 9 2010 , _____.

_____
United States Bankruptcy Judge